**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0303n.06
Filed: May 2, 2007

**NO. 06-3761**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| CALCOL, INC., | ) | |
| | ) | |
| *Plaintiff-Appellant,* | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR |
| v. | ) | THE NORTHERN DISTRICT OF |
| | ) | OHIO |
| SIG SIMONAZZI, S.p.A., | ) | |
| | ) | |
| *Defendant-Appellee.* | ) | |

Before: GRIFFIN and RYAN, Circuit Judges; and HOOD, Chief District Judge.[*]

PER CURIAM. Plaintiff Calcol, Inc. appeals the decision of the district court dismissing its claims against Defendant SIG Simonazzi, S.p.A. and denying its motion to amend its complaint. Having reviewed the record and the applicable law, and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and **AFFIRM** the district court's decision for the reasons stated in that court's opinion.

---

*The Honorable Joseph M. Hood, Chief United States District Judge for the Eastern District of Kentucky, sitting by designation.